CHESTER B. DODGE

v.

SOUTH ROYALTON GRADED SCHOOL DISTRICT.

January Term, 1895.

*District limits after the adoption of town system.*

In 1847 plaintiff's farm, which was situate in the town of Royalton, was by the concurrent votes of the towns set from District No. 4 in Royalton to District No. 16 in Tunbridge. In March, 1893, by the concurrent votes of the two districts agreeably to No. 158, Acts of 1892, District No. 4 became a part of South Royalton Graded School District. April 1, 1893, by No. 20, Acts of 1892, each town was constituted a school district, and existing districts, excepting graded school districts, were abolished. *Held*, that thereafter plaintiff's farm belonged to Royalton, and not to the South Royalton Graded School District.

Assumpsit to recover a tax paid under protest. Heard

upon an agreed statement of facts at the December term, 1894, Windsor county, Ross, C. J., presiding. Judgment for the plaintiff. The defendant excepts.

The only question was whether the plaintiff's farm was within the territorial limits of the defendant. The facts fully appear in the head note and opinion.

*Hunton & Stickney* for the plaintiff.

THOMPSON, J. In 1847, the plaintiff's farm in School District 4 in Royalton, by proper proceedings, was set to School District 16 in Tunbridge, and continued a part thereof until that district was abolished April 1, 1893, by St. 1892, No. 20.

In March, 1893, School District 4 in Royalton became a part of the defendant district, but the plaintiff's farm was not thereby annexed to defendant, for it was then a part of district 16, and when that district was abolished it became, and still is, a part of the town school district of Royalton.

*Judgment affirmed without costs.*